```
BANKRUPTCY CENTER OF
JOHN D. RAYMOND
JOHN D. RAYMOND, ESQUIRE
STATE BAR NO. 129599
P.O. BOX 642535
SAN FRANCISCO, CA 94164-2535
Tel.: (415) 351-2265
```

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

    TRACI R. DONALDSON,

              Debtor(s).

Chapter 13
Case No:

DEBTOR'S DECLARATION IN SUPPORT OF MOTION TO EXTEND STAY AGAINST BRIDGECREST FINANCIAL

I, TRACI R. DONALDSON, hereby declare:

1. I am the debtor in the above referenced Chapter 13 case.

2. I filed two separate bankruptcies in my life. The first was filed under Chapter 7 in the Oakland division of the Northern District of California on Nov. 23, 2003 (case no. 03-46804) and I received a discharge in that case on Feb. 26, 2004.

3. The second case was filed under Chapter 13 in the Oakland division of the Northern District of California on March 16, 2015 (case no. 15-40848). My plan was confirmed on April 28, 2015, but the case was unfortunately dismissed on Oct. 19, 2019 due to a failure to make my plan payments.

4. The primary reason why I couldn't make my plan payments was that I went onto disability in 2019 and had a dramatic drop in income.

5. I have since returned to work full-time and am confident that

1     I can perform on my plan payments.

2 I declare under penalty of perjury under the laws of the State of California, that the foregoing, is true and correct to the best of
3 my information, knowledge and belief, and this declaration was executed on Sept. 4, 2020 in San Francisco, California.

4 */s/ Traci R. Donaldson*

5 TRACI R. DONALDSON, Debtor