Erica Loftis, Esq. (SBN 259286)
Adam P. Thursby, Esq. (SBN 318465)
Ghidotti Berger, LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tel: (949) 427-2010
Fax: (949) 200-4381
bknotifications@ghidottiberger.com

Attorneys for Creditor
Carvana, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

In re:

Traci R. Donaldson,

          Debtor.

Case No. 20-30701 HLB

Chapter 13

OBJECTION TO CONFIRMATION OF DEBTOR'S PLAN

Automobile: 2016 BMW 3 Series
Vin: WBA8E9G58GNT84324

Honorable Hannah L. Blumenstiel

1

TO THE HONORABLE HANNA L. BLUMENSTIEL UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, HIS ATTORNEY OF RECORD AND THE CHAPTER 13 TRUSTEE, DAVID BURCHARD:

Carvana LLC ("**Creditor**"), a secured creditor of Traci R. Donaldson ("**Debtor**"), hereby objects to the confirmation of Debtor's Chapter 13 Plan (the "**Plan**") on the grounds that the Plan does not comply with the provisions of Chapter 13 of Title 11, United States Code, and with other applicable provisions of said Title 11.

This objecting Creditor holds a purchase money security interest in a 2016 BMW 3 Series, motor vehicle (the "**Vehicle**"), with a VIN No.: of WBA8E9G58GNT84324.

## STATEMENT OF FACTS

1. On or about September 4, 2020, Debtor filed a voluntary Petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court, Northern District of California, Petition No.: 20-30701 HLB (the "**Instant Petition**").

2. On or about March 16, 2020, the Debtor entered into the Contract with Creditor. The proceeds of the Contract were used to purchase the Vehicle.

3. The Contract is secured by a Lien on a vehicle described as 2016 BMW 3 Series, motor vehicle (the "**Vehicle**"), with a VIN No.: of WBA8E9G58GNT84324.

4. The Contract is secured by a Lien on the Vehicle. A true and correct copy of the Contract and Lien are attached to Secured Creditor's proof of claim #1-1 filed in the instant bankruptcy on September 9, 2020. As of the filing of the bankruptcy, Secured Creditor's total claim was $21,671.03 with an interest rate of 24.99% and pre-petition arrearages of $1,138.00.

## II

## ARGUMENT

Application of the provisions of *11 United States Code Section 1325* determines when a Plan shall be confirmed by the Court. Based on the foregoing, as more fully detailed below, the Plan cannot be confirmed as proposed.

For purposes of paragraph (5), section 506 shall not apply to a claim described in that paragraph if the creditor has a purchase money security interest securing the debt that is the subject of the claim, the debt was incurred within the 910–day period preceding the date of the filing of the petition, and the collateral for that debt consists of a motor vehicle (as defined in section 30102 of title 49) acquired for the personal use of the debtor. Pursuant to Section 1325(b)(5), a claim secured by a purchase money security interest in a motor vehicle and incurred within 910 days of the commencement of the bankruptcy case is classified as a 910-day claim. Debtor purchased the Vehicle on March 16, 2020. Debtor filed the Instant Petition on September 4, 2020, less than 910 days after the Vehicle was purchased. The Debtor's Vehicle was purchased for personal use pursuant to the Contract. Therefore, Secured Creditor's Claim is not subject to cram down and Debtor must tender the full balance of the claim to Secured Creditor. Furthermore, the Contract matures on March 16, 2026, thus the entire claim must be paid through the Chapter 13 Plan. Pursuant to the terms of the Contract payments are due monthly in the amount of $564.00 per month.

Lastly, in determining the market rate, the bankruptcy court must make a case by case determination of what interest the debtor would have to pay a creditor in order to obtain a loan on equivalent terms in the open market. See In re Hotel Assocs. Of Tucson 165 B.R. 470, 476 (9th Cir. 1994); see also In re Camino Real Landscape Maint. Contractors 818 F.2d 1503, 1505 (9th Cir. 1987). Factors to consider include the nature and quality of the collateral, the loan to

value ratio, and the debt coverage ratio. Thus, the appropriate interest rate is the prevailing market rate for that type and quality of loan taking into account the appropriate risk factor of the debtor. See In re Welco Industries, Inc. 60 Bankr. 880, 883 (9th Cir. 1986). The 4% rate proposed by the debtor does not meet those requirements.

WHEREFORE, Creditor objects to confirmation of the Plan and requests as follows:

    a.    Confirmation of the Proposed Chapter 13 Plan be denied; or, in the alternative,

    b.    Debtor's plan be amended to provide for appropriate interest on Secured Creditor's Claim.

    c.    For such other relief as this Court deems proper.

DATED: September 28, 2020            GHIDOTTIIE BERGER

                                          By: /s/ Adam Thursby, Esq.
                                              Adam Thursby, Esq.
                                              Carvana LLC

Erica Loftis, Esq. (SBN 259286)
Adam P. Thursby, Esq. (SBN 318465))
GHIDOTTI | BERGER LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010 ext. 1010
Fax: (949) 427-2732
bknotifications@ghidottiberger.com

Attorney for Secured Creditor
Carvana, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 20-30701 HLB |
| Traci R. Donaldson, | CHAPTER 13 |
| Debtor. | **CERTIFICATE OF SERVICE FOR OBJECTION TO CONFIRMATION OF DEBTOR'S PLAN** |
| | Judge: Hannah L. Blumenstiel |

# CERTIFICATE OF SERVICE

On September 28, 2020, I served the foregoing documents described as OBJECTION TO CONFIRMATION OF DEBTOR'S PLAN on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
John D. Raymond          bankruptcycenter@sbcglobal.net

TRUSTEE
David Burchard           TESTECF@burchardtrustee.com

US TRUSTEE
US Trustee               USTPRegion17.SF.ECF@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Brandy Carroll
Brandy Carroll

On September 28, 2020, I served the foregoing documents described as OBJECTION TO CONFIRMATION OF DEBTOR'S PLAN on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Traci R. Donaldson
4582 Donegal Way
Antioch, CA 94531

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Brandy Carroll
Brandy Carroll