BANKRUPTCY CENTER OF
JOHN D. RAYMOND
JOHN D. RAYMOND, ESQUIRE
STATE BAR NO. 129599
P.O. BOX 642535
SAN FRANCISCO, CA 94164-2535

Tel.: (415) 351-2265

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

TRACI R. DONALDSON,

Debtor(s).

Chapter 13
Case No: 20-30701 HLB

DEBTOR'S DECLARATION IN SUPPORT OF MOTION TO VALUE LIEN

I, TRACI R. DONALDSON, hereby declare:

1. I am the debtor in the above referenced Chapter 13 case.

2. I own a 2016 BMW 328 that serves as collateral to a debt I owe Carvana LLC, whose claim arises from both a purchase money loan extended to me within the past 910 days, and a separate $795.00 GAP insurance policy that I am rejecting.

3. Although I believe I owe this creditor $20,525.79, I value this vehicle at only $19,730.79.

4. I base this valuation after examining offers of similar vehicles for sale in my community, after informal discussions with assorted professional car salespeople and after looking at the web site www.KelleyBlueBook.com.

I declare under penalty of perjury under the laws of the State of California, that the foregoing, is true and correct to the best of my information, knowledge and belief, and this declaration was

1 | executed on Sept. 29, 2020 in San Francisco, California.
2 | _____
   | TRACI R. DONALDSON, Debtor

Case: 20-30701   Doc# 42   Filed: 10/26/20   Entered: 10/26/20 08:19:18   Page 2 of 2